**No. 54223.**—Coro, Inc. *v.* United States, protests 147831–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.